**DISMISS and Opinion Filed February 24, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00010-CV

**PRAMOD "PETE" SHARMA, Appellant**
**V.**
**MOHAMED SHANNIK, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11739**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that the parties have settled their differences. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Kerry P. FitzGerald/

140010F.P05

KERRY P. FITZGERALD
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PRAMOD "PETE" SHARMA, Appellant

No. 05-14-00010-CV          V.

MOHAMED SHANNIK, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-11739.
Opinion delivered by Justice FitzGerald.
Justices Fillmore and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, MOHAMED SHANNIK, recover his costs of this appeal from appellant, PRAMOD "PETE" SHARMA.

Judgment entered February 24, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE